**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| RULLEX CO., LLC, INCORRECTLY DESIGNATED AS RULLEX, INC., | : | No. 128 EAL 2019 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TEL-STREAM, INC. AND YURI KARNEI, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of September, 2019, the Petition for Allowance of Appeal

is **GRANTED**. The issues, as stated by petitioner, are:

(1)    Did the Superior Court err as a matter of law when it determined that a restrictive covenant is only enforceable if it is physically executed before an employee begins his employment, despite the agreement being contemplated prior to the commencement of employment?

(2)    Did the Superior Court exceed its scope of review when it based its opinion on an argument raised by the Court sua sponte?